UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDGAR L. JARRETT, JR., <br><br> Plaintiff, <br><br> v. <br><br> TRACI YERBICH, individually and in her official capacity; ALICE L. HAENLE, individually and in her official capacity; JAMES CONANT, individually and in his official capacity; THOMAS FELNAGLE, in his official capacity; JOAN M. WILLIS-DROWNS, individually; JANE/JOHN DOE, individually and in their official capacity, <br><br> Defendants. | Case No. C06-5628FDB <br><br> ORDER OF DISMISSAL |

In this cause of action arising from state court proceedings involving Plaintiff's access to his son, Plaintiff was asked to show cause why this matter should not be dismissed for lack of jurisdiction. Plaintiff has responded, but his arguments and assertions do not convince the Court that it may properly exercise jurisdiction over this cause of action.

ACCORDINGLY, IT IS ORDERED: This cause of action is DISMISSED for lack of jurisdiction.

DATED this 27th day of November 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1